IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH LITTON and
DEIDRE LITTON, Both
Individually and on Behalf of All
Others Similarly Situated                                                   PLAINTIFFS

v.                      No. 4:20-cv-730-DPM

MACKIE WOLF ZIENTZ &
MANN PC, Individually and on
Behalf of All Others Similarly
Situated                                                                            DEFENDANT

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2020